**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: SHETH, SONALI PRASHANT § Case No. 14-06769
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/27/2014. The undersigned trustee was appointed on 02/27/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         25,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 13.00 |
| Bank service fees | 315.75 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 24,671.25 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 08/04/2014 and the deadline for filing governmental claims was 08/26/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,250.00, for a total compensation of $3,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2015          By: /s/ David R. Brown
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case No.: | 14-06769 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | SHETH, SONALI PRASHANT | Date Filed (f) or Converted (c): | 02/27/2014 (f) |
| | | § 341(a) Meeting Date: | 03/26/2014 |
| For Period Ending: | 09/15/2015 | Claims Bar Date: | 08/04/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 interest in Primary Residence Located At 9476 Falling Water | 950,000.00 | 0.00 | | 0.00 | FA |
| 2 | Two Bedroom Condominium Located At1421 S. Halste | 240,000.00 | 0.00 | | 0.00 | FA |
| 3* | Building Used For Business Purposes Located At 7 (See Footnote) | 525,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash On Hand | 200.00 | 0.00 | | 0.00 | FA |
| 5 | General Items Of Household Goods And Furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 6 | General Items Of Wearing Apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Bank accounts in India (u)<br>bank accounts at ICICI Bank and IDBI Bank | 0.00 | 6,893.40 | | 6,893.40 | FA |
| 8 | Jewelry (u) | 0.00 | 18,106.60 | | 18,106.60 | FA |
| 9 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | Assets Totals (Excluding unknown values) | **$1,715,600.00** | **$25,000.00** | | **$25,000.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| | |
|---|---|
| **Case No.:** 14-06769 | **Trustee Name:** (330580) David R. Brown |
| **Case Name:** SHETH, SONALI PRASHANT | **Date Filed (f) or Converted (c):** 02/27/2014 (f) |
| | **§ 341(a) Meeting Date:** 03/26/2014 |
| **For Period Ending:** 09/15/2015 | **Claims Bar Date:** 08/04/2014 |

RE PROP# 3   Debtor did not actually own this building - it was owned by a corporation awarded to husband in divorce.

**Major Activities Affecting Case Closing:**

2004 exam of Debtor set for early October, 2014. Investigation continues [MSpringer 2014-10-07 17:06:58]

**Initial Projected Date Of Final Report (TFR):**   06/30/2015      **Current Projected Date Of Final Report (TFR):**   09/15/2015

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| Case No.: | 14-06769 | Trustee Name: | David R. Brown (330580) |
| Case Name: | SHETH, SONALI PRASHANT | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***1586 | Account #: | **********2571 - Checking Checking |
| For Period Ending: | 09/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/19/2014 | | Sonali Prashant Shah | turnover of non-exempt property | | 25,000.00 | | 25,000.00 |
| | {7} | Sonali Prashant Shah | turnover of non-exempt property $6,893.40 | 1229-000 | | | 25,000.00 |
| | {8} | Sonali Prashant Shah | turnover of non-exempt property $18,106.60 | 1229-000 | | | 25,000.00 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 11.99 | 24,988.01 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.14 | 24,950.87 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.10 | 24,913.77 |
| 02/11/2015 | 1001 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 13.00 | 24,900.77 |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 33.45 | 24,867.32 |
| 04/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 36.97 | 24,830.35 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 14-06769 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | SHETH, SONALI PRASHANT | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***1586 | Account #: | **********2571 - Checking Checking |
| For Period Ending: | 09/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 24,830.35 | 0.00 |
| | | | COLUMN TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 24,830.35 | |
| | | | Subtotal | | 25,000.00 | 169.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,000.00 | $169.65 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 14-06769 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | SHETH, SONALI PRASHANT | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1586 | Account #: | ******2166 - Checking Checking Account |
| For Period Ending: | 09/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 24,830.35 | | 24,830.35 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.47 | 24,814.88 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.50 | 24,780.38 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.01 | 24,742.37 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.77 | 24,705.60 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.35 | 24,671.25 |
| | | **COLUMN TOTALS** | | | 24,830.35 | 159.10 | $24,671.25 |
| | | Less: Bank Transfers/CDs | | | 24,830.35 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 159.10 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $159.10 | |

{} Asset Reference(s)  UST Form 101-7-TFR (5/1/2011)  ! - transaction has not been cleared

Exhibit B

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-06769 | | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | SHETH, SONALI PRASHANT | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1586 | | **Account #:** | ******2166 - Checking Checking Account |
| **For Period Ending:** | 09/15/2015 | | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $25,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| | $25,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********2571 - Checking Checking | $25,000.00 | $169.65 | $0.00 |
| ******2166 - Checking Checking Account | $0.00 | $159.10 | $24,671.25 |
| | **$25,000.00** | **$328.75** | **$24,671.25** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 14-06769**  **SONALI PRASHANT SHETH**

Claims Bar Date: 08/04/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY EXP | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>09/15/15 | | $142.68<br>$142.68 | $0.00 | $142.68 |
| ATTY FEES | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>09/15/15 | | $4,794.50<br>$4,794.50 | $0.00 | $4,794.50 |
| TR COMP | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>Wheaton, IL 60187<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/26/15 | | $3,250.00<br>$3,250.00 | $0.00 | $3,250.00 |
| 1 | Discover Bank DB Servicing Corporation,<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610 | Unsecured<br>05/07/14 | | $18,431.90<br>$18,431.90 | $0.00 | $18,431.90 |
| 2 | Wells Fargo Bank, N.A. Thomas V. Askounis Askounis & Darcy, PC,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/27/14 | | $154,548.76<br>$154,548.76 | $0.00 | $154,548.76 |
| 3 | SIMCO Formalwear Simone Blanchette and Michael Hood,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/12/14 | | $630,000.00<br>$0.00 | $0.00 | $0.00 |
| 4 | American Chartered Bank c/o Tejal S. Desai Latimer LeVay Fyock LLC,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/19/14 | | $369,534.89<br>$369,534.89 | $0.00 | $369,534.89 |
| 5 | Illinois Bell Telephone Company % AT&T Services, Inc Karen Cavagnaro, Paralegal,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/14/14 | | $1,078.94<br>$1,078.94 | $0.00 | $1,078.94 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Analysis of Claims Register

**Case: 14-06769**  **SONALI PRASHANT SHETH**

Claims Bar Date: 08/04/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/27/14 | | $87.91 $87.91 | $0.00 | $87.91 |
| 7 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/28/14 | | $10,578.34 $10,578.34 | $0.00 | $10,578.34 |
| 8 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/28/14 | | $1,887.67 $1,887.67 | $0.00 | $1,887.67 |
| 9 | Law Offices of Daksha Amin, P.C., <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/29/14 | | $89,426.88 $89,426.88 | $0.00 | $89,426.88 |
| 10 | Comerica Bank Carlson Dash LLC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/31/14 | | $361,687.56 $361,687.56 | $0.00 | $361,687.56 |
| | | | **Case Total:** | | **$0.00** | **$1,015,450.03** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-06769
Case Name: SONALI PRASHANT SHETH
Trustee Name: David R. Brown

**Balance on hand:** $ 24,671.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 24,671.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 4,794.50 | 0.00 | 4,794.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 142.68 | 0.00 | 142.68 |

Total to be paid for chapter 7 administrative expenses: $ 8,187.18
Remaining balance: $ 16,484.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,484.07

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 16,484.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,007,262.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank DB Servicing Corporation | 18,431.90 | 0.00 | 301.64 |
| 2 | Wells Fargo Bank, N.A. Thomas V. Askounis Askounis & Darcy, PC | 154,548.76 | 0.00 | 2,529.22 |
| 3 | SIMCO Formalwear Simone Blanchette and Michael Hood | 0.00 | 0.00 | 0.00 |
| 4 | American Chartered Bank c/o Tejal S. Desai Latimer LeVay Fyock LLC | 369,534.89 | 0.00 | 6,047.52 |
| 5 | Illinois Bell Telephone Company % AT&T Services, Inc Karen Cavagnaro, Paralegal | 1,078.94 | 0.00 | 17.66 |
| 6 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 87.91 | 0.00 | 1.44 |
| 7 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT | 10,578.34 | 0.00 | 173.12 |
| 8 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT | 1,887.67 | 0.00 | 30.89 |
| 9 | Law Offices of Daksha Amin, P.C. | 89,426.88 | 0.00 | 1,463.49 |
| 10 | Comerica Bank Carlson Dash LLC | 361,687.56 | 0.00 | 5,919.09 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 16,484.07 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**