**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SHETH, SONALI PRASHANT　　　　　§　　Case No. 14-06769
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David R. Brown</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　　　　　　　　　US Bankruptcy Court Clerk
　　　　　　　　　　　219 S. Dearborn
　　　　　　　　　　　Chicago, IL 60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/13/2015 in Courtroom 240, Old Kane County Courthouse Courthouse, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>10/20/2015</u>　　　　　　　　　　　　　　By: /s/ David R. Brown
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SHETH, SONALI PRASHANT   §   Case No. 14-06769
                                §
                                §
                                §
        Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 25,000.00 |
| *and approved disbursements of:* | $ 328.75 |
| *leaving a balance on hand of[1]:* | $ 24,671.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 24,671.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID R. BROWN | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 4,794.50 | 0.00 | 4,794.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 142.68 | 0.00 | 142.68 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 8,187.18 |
| Remaining balance: | $ 16,484.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 16,484.07 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 16,484.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,007,262.85 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank DB Servicing Corporation | 18,431.90 | 0.00 | 301.64 |
| 2 | Wells Fargo Bank, N.A. Thomas V. Askounis Askounis & Darcy, PC | 154,548.76 | 0.00 | 2,529.22 |
| 3 | SIMCO Formalwear Simone Blanchette and Michael Hood | 0.00 | 0.00 | 0.00 |
| 4 | American Chartered Bank c/o Tejal S. Desai Latimer LeVay Fyock LLC | 369,534.89 | 0.00 | 6,047.52 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5 | Illinois Bell Telephone Company % AT&T Services, Inc Karen Cavagnaro, Paralegal | 1,078.94 | 0.00 | 17.66 |
| 6 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 87.91 | 0.00 | 1.44 |
| 7 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT | 10,578.34 | 0.00 | 173.12 |
| 8 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT | 1,887.67 | 0.00 | 30.89 |
| 9 | Law Offices of Daksha Amin, P.C. | 89,426.88 | 0.00 | 1,463.49 |
| 10 | Comerica Bank Carlson Dash LLC | 361,687.56 | 0.00 | 5,919.09 |

Total to be paid for timely general unsecured claims:     $     16,484.07
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardily filed general unsecured claims:     $     0.00
Remaining balance:     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

David R. Brown: /s/ David R. Brown
                                        Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 14-06769-DRC
Sonali Prashant Sheth                                           Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: froman              Page 1 of 2         Date Rcvd: Oct 21, 2015
                            Form ID: pdf006           Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2015.
db             #+Sonali Prashant Sheth,    266 S Prospect Avenue,    Clarendon Hills, IL 60514-1442
aty             +Springer Brown, LLC,    Wheaton Executive Center,    400 S. County Farm Road,    Ste. 330,
                  Wheaton, IL 60187-4547
22069950        +American Chartered Bank,    c/o Tejal S. Desai,    Latimer LeVay Fyock LLC,
                  55 W. Monroe, Suite 1100,    Chicago IL 60603-5128
21584899        +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
21584900        +Chase,   PO Box 24696,    Columbus, OH 43224-0696
21584902        +Comerica Bank,    Carlson Dash LLC,    216 S Jefferson Street, Ste 504,    Chicago, IL 60661-5698
21584903        +Cook County Clerk,    118 North CLark Street,    Room 434,    Chicago, IL 60602-1413
21584907        +Law Offices of Daksha Amin, P.C.,    8770 W. Bryn Mawr,    Suite 1300,    Chicago, IL 60631-3557
21584908        +PNC MORTGAGE,    6 N MAIN ST,    Dayton, OH 45402-1908
22047836        +SIMCO Formalwear,    Simone Blanchette and Michael Hood,    4655 N Tee Pee Ln,
                  Las Vegas, NV 89129-2634
21584910       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                  (address filed with court:  US Bank,    PO Box 790408,    Saint Louis, MO 63179)
21584911        +Wells Fargo,    PO Box 202902,    Dallas, TX 75320-2902
21887090        +Wells Fargo Bank, N.A.,    Michael W. Debre,    Askounis & Darcy, PC,
                  444 North Michigan Ave., Suite 3270,    Chicago, IL 60611-3906
21886987        +Wells Fargo Bank, N.A.,    Thomas V. Askounis,    Askounis & Darcy, PC,
                  444 North Michigan Ave., Suite 3270,    Chicago, IL 60611-3906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21584898        +E-mail/Text: DepositServices@americanchartered.com Oct 22 2015 01:43:08
                  American Chartered Bank,    20 North Martingale Road,    Suite 600,    Schaumburg, IL 60173-2416
22205248         E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2015 01:37:37     Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21584904        +E-mail/PDF: mrdiscen@discover.com Oct 22 2015 02:45:17     DISCOVER FIN SVCS LLC,
                  PO BOX 15316,   Wilmington, DE 19850-5316
21899912         E-mail/PDF: mrdiscen@discover.com Oct 22 2015 02:45:17     Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21584906        +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2015 02:03:27     GECRB/SAMS CLUB,    PO BOX 965005,
                  Orlando, FL 32896-5005
22156040        +E-mail/Text: g17768@att.com Oct 22 2015 01:39:57     Illinois Bell Telephone Company,
                  % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                  Bedminster, NJ 07921-2693
22206828         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2015 01:37:16
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
22206836         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2015 01:37:36
                  Portfolio Recovery Associates, LLC,    successor to U.S. BANK NATIONAL ASSOCIAT,    PO Box 41067,
                  Norfolk, VA 23541
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21584909          Prasmant C Sheith
21584901*        +Chase,   PO Box 24696,    Columbus, OH 43224-0696
21584905*        +DISCOVER FIN SVCS LLC,    PO BOX 15316,    Wilmington, DE 19850-5316
22156126*        +Illinois Bell Telephone Company,    % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,
                  One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
                                                                                               TOTALS: 1, * 3, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2015                                 Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: froman                Page 2 of 2              Date Rcvd: Oct 21, 2015
                              Form ID: pdf006             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2015 at the address(es) listed below:

```
              Arthur W Rummler     on behalf of Creditor Prashant  Sheth arthur.rummler@gmail.com,
               artrummler@juno.com
              Colleen E McManus     on behalf of Creditor    Comerica Bank cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              Dana N O'Brien     on behalf of Creditor    PNC Bank, N.A. dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Jay M Reese     on behalf of Debtor Sonali Prashant Sheth lawofficeofjmreese@sbcglobal.net
              Martin J Wasserman     on behalf of Creditor    Comerica Bank mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Michael W Debre     on behalf of Creditor    Wells Fargo Bank, N.A. mdebre@chuhak.com,
               mdominguez@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas V Askounis     on behalf of Creditor    Wells Fargo Bank, N.A. taskounis@askounisdarcy.com,
               akapai@askounisdarcy.com
                                                                                             TOTAL: 10
```