**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SHETH, SONALI § Case No. 14-06769-DRC
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,715,600.00    Assets Exempt: $600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,484.07    Claims Discharged
Without Payment: $990,780.22

Total Expenses of Administration: $8,515.93

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,515.93 | 8,515.93 | 8,515.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,637,264.29 | 1,007,264.29 | 16,484.07 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,645,780.22 | $1,015,780.22 | $25,000.00 |

4) This case was originally filed under Chapter 7 on February 27, 2014. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/16/2016          By: /s/David R. Brown
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank accounts in India | 1229-000 | 6,893.40 |
| Jewelry | 1229-000 | 18,106.60 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Brown | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |
| David R. Brown | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| DAVID R. BROWN | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 142.68 | 142.68 | 142.68 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | 3110-000 | N/A | 4,794.50 | 4,794.50 | 4,794.50 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 13.00 | 13.00 | 13.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 11.99 | 11.99 | 11.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.14 | 37.14 | 37.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.10 | 37.10 | 37.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.45 | 33.45 | 33.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.97 | 36.97 | 36.97 |
| Rabobank, N.A. | 2600-000 | N/A | 15.47 | 15.47 | 15.47 |
| Rabobank, N.A. | 2600-000 | N/A | 34.50 | 34.50 | 34.50 |
| Rabobank, N.A. | 2600-000 | N/A | 38.01 | 38.01 | 38.01 |
| Rabobank, N.A. | 2600-000 | N/A | 36.77 | 36.77 | 36.77 |
| Rabobank, N.A. | 2600-000 | N/A | 34.35 | 34.35 | 34.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$8,515.93** | **$8,515.93** | **$8,515.93** |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank DB Servicing Corporation | 7100-000 | N/A | 18,431.90 | 18,431.90 | 301.64 |
| 2 | Wells Fargo Bank, N.A. Thomas V. Askounis Askounis | 7100-000 | N/A | 154,548.76 | 154,548.76 | 2,529.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | SIMCO Formalwear Simone Blanchette and Michael Hood | 7100-000 | N/A | 630,000.00 | 0.00 | 0.00 |
| 4 | American Chartered Bank c/o Tejal S. Desai Latimer LeVay | 7100-000 | N/A | 369,534.89 | 369,534.89 | 6,047.52 |
| 5 | Illinois Bell Telephone Company % AT&T Services, Inc | 7100-000 | N/A | 1,078.94 | 1,078.94 | 17.66 |
| 6 | Capital Recovery V, LLC c/o Recovery Management Systems | 7100-000 | N/A | 87.91 | 87.91 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC successor to | 7100-000 | N/A | 10,578.34 | 10,578.34 | 173.12 |
| 8 | Portfolio Recovery Associates, LLC successor to | 7100-000 | N/A | 1,887.67 | 1,887.67 | 30.89 |
| 9 | Law Offices of Daksha Amin, P.C. | 7100-000 | N/A | 89,426.88 | 89,426.88 | 1,463.49 |
| 10 | Comerica Bank | 7100-000 | N/A | 361,687.56 | 361,687.56 | 5,919.09 |
| | Clerk, United States Bankruptcy Court | 7100-000 | N/A | 1.44 | 1.44 | 1.44 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,637,264.29 | $1,007,264.29 | $16,484.07 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-06769-DRC  
**Case Name:** SHETH, SONALI  

**Period Ending:** 03/16/16

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 02/27/14 (f)  
**§341(a) Meeting Date:** 03/26/14  
**Claims Bar Date:** 08/04/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 1/2 interest in Primary Residence Located At 947 | 950,000.00 | 0.00 | | 0.00 | FA |
| 2 | Two Bedroom Condominium Located At1421 S. Halste | 240,000.00 | 0.00 | | 0.00 | FA |
| 3 | Building Used For Business Purposes Located At 7 | 525,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash On Hand | 200.00 | 0.00 | | 0.00 | FA |
| 5 | General Items Of Household Goods And Furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 6 | General Items Of Wearing Apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Bank accounts in India  (u)    bank accounts at ICICI Bank and IDBI Bank | 0.00 | 6,893.40 | | 6,893.40 | FA |
| 8 | Jewelry  (u) | 0.00 | 18,106.60 | | 18,106.60 | FA |
| 9 | Post-Petition Interest Deposits  (u) | Unknown | N/A | | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$1,715,600.00** | **$25,000.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

2004 exam of Debtor set for early October, 2014. Investigation continues [MSpringer 2014-10-07 17:06:58]

**Initial Projected Date Of Final Report (TFR):** June 30, 2015  **Current Projected Date Of Final Report (TFR):** September 15, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-06769-DRC  
**Case Name:** SHETH, SONALI  

**Taxpayer ID #:** **-***1586  
**Period Ending:** 03/16/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******25-71 - Checking  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/14 | | Sonali Prashant Shah | turnover of non-exempt property | | 25,000.00 | | 25,000.00 |
| | {7} | Sonali Prashant Shah | turnover of non-exempt property 6,893.40 | 1229-000 | | | 25,000.00 |
| | {8} | Sonali Prashant Shah | turnover of non-exempt property 18,106.60 | 1229-000 | | | 25,000.00 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 11.99 | 24,988.01 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.14 | 24,950.87 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.10 | 24,913.77 |
| 02/11/15 | 1001 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 13.00 | 24,900.77 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 33.45 | 24,867.32 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 36.97 | 24,830.35 |
| 04/17/15 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 24,830.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 24,830.35 | |
| **Subtotal** | 25,000.00 | 169.65 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,000.00** | **$169.65** | |

{} Asset reference(s)

Printed: 03/16/2016 10:17 AM    V.13.26

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 14-06769-DRC  
**Case Name:** SHETH, SONALI  
**Taxpayer ID #:** \*\*-\*\*\*1586  
**Period Ending:** 03/16/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*2166 - Checking Account  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| / / | 10108 | Capital Recovery V, LLC c/o Recovery Management Systems Corp | Dividend paid 1.64% on $87.91 \| Claim # 6 \| Filed: $87.91<br>Voided: check issued on 11/19/15 | 7100-000 | | -1.44 | 1.44 |
| 04/17/15 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 24,830.35 | | 24,831.79 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.47 | 24,816.32 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.50 | 24,781.82 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.01 | 24,743.81 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.77 | 24,707.04 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.35 | 24,672.69 |
| 11/19/15 | 10101 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $142.68 \| Claim # ATTY EXP \| Filed: $142.68 | 3120-000 | | 142.68 | 24,530.01 |
| 11/19/15 | 10102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $4,794.50 \| Claim # ATTY FEES \| Filed: $4,794.50 | 3110-000 | | 4,794.50 | 19,735.51 |
| 11/19/15 | 10103 | DAVID R. BROWN | Dividend paid 100.00% on $3,250.00 \| Claim # TR COMP \| Filed: $3,250.00 | 2100-000 | | 3,250.00 | 16,485.51 |
| 11/19/15 | 10104 | Discover Bank DB Servicing Corporation | Dividend paid 1.64% on $18,431.90 \| Claim # 1 \| Filed: $18,431.90 | 7100-000 | | 301.64 | 16,183.87 |
| 11/19/15 | 10105 | Wells Fargo Bank, N.A. Thomas V. Askounis Askounis & Darcy, | Dividend paid 1.64% on $154,548.76 \| Claim # 2 \| Filed: $154,548.76 | 7100-000 | | 2,529.22 | 13,654.65 |
| 11/19/15 | 10106 | American Chartered Bank c/o Tejal S. Desai Latimer LeVay Fyo | Dividend paid 1.64% on $369,534.89 \| Claim # 4 \| Filed: $369,534.89 | 7100-000 | | 6,047.52 | 7,607.13 |
| 11/19/15 | 10107 | Illinois Bell Telephone Company % AT&T Services, Inc Karen C | Dividend paid 1.64% on $1,078.94 \| Claim # 5 \| Filed: $1,078.94 | 7100-000 | | 17.66 | 7,589.47 |
| 11/19/15 | 10108 | Capital Recovery V, LLC c/o Recovery Management Systems Corp | Dividend paid 1.64% on $87.91 \| Claim # 6 \| Filed: $87.91<br>Voided on  / / | 7100-000 | | 1.44 | 7,588.03 |
| 11/19/15 | 10109 | Portfolio Recovery Associates, LLC successor to U.S. BANK NA | Dividend paid 1.64% on $10,578.34 \| Claim # 7 \| Filed: $10,578.34 | 7100-000 | | 173.12 | 7,414.91 |
| 11/19/15 | 10110 | Portfolio Recovery Associates, LLC successor to U.S. BANK NA | Dividend paid 1.64% on $1,887.67 \| Claim # 8 \| Filed: $1,887.67 | 7100-000 | | 30.89 | 7,384.02 |
| 11/19/15 | 10111 | Law Offices of Daksha Amin, P.C. | Dividend paid 1.64% on $89,426.88 \| Claim # 9 \| Filed: $89,426.88 | 7100-000 | | 1,463.49 | 5,920.53 |
| 11/19/15 | 10112 | Comerica Bank | Dividend paid 1.64% on $361,687.56 \| Claim # 10 \| Filed: $361,687.56 | 7100-000 | | 5,919.09 | 1.44 |
| 11/19/15 | 10113 | Clerk, United States Bankruptcy Court | small distribution check | 7100-000 | | 1.44 | 0.00 |

Subtotals :   $24,830.35   $24,830.35

{} Asset reference(s)

Printed: 03/16/2016 10:17 AM   V.13.26

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-06769-DRC  
**Case Name:** SHETH, SONALI  
**Taxpayer ID #:** **-***1586  
**Period Ending:** 03/16/16  

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 24,830.35 | 24,830.35 | $0.00 |
| | | | Less: Bank Transfers | | 24,830.35 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 24,830.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $24,830.35 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******25-71** | 25,000.00 | 169.65 | 0.00 |
| **Checking # ******2166** | 0.00 | 24,830.35 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)    Printed: 03/16/2016 10:17 AM    V.13.26